## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTINE MOSLEY**                                                                 **PLAINTIFF**

**v.**                               **Case No. 4:24-cv-00807-KGB**

**COMPASS GROUP USA, INC.**
**a/k/a CROTHALL HEALTHCARE**                                               **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Christine Mosley's amended complaint is dismissed without prejudice (Dkt. No. 3).

It is so adjudged this 22nd day of June, 2026.

Kristine G. Baker
Chief United States District Judge